v.

ST. LOUIS COMMUNITY COLLEGE, Employer/Respondent.

No. 72842.

Missouri Court of Appeals, Eastern District, Division Two.

March 17, 1998.

Lamont WASHINGTON, Appellant,

v.

STATE of Missouri, Respondent.

No. 72636.

Missouri Court of Appeals, Eastern District, Division Two.

March 17, 1998.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Sp. Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Movant appeals the judgment denying his Rule 24.035 motion for post-conviction relief as untimely. We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, prepared a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).